# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 98-2892

_____

| | | |
|---|---|---|
| Carole Johnson, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Eastern District of Arkansas. |
| | * | |
| Kenneth S. Apfel, Commissioner, | * | [UNPUBLISHED] |
| Social Security Administration, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: January 13, 1999
Filed: January 20, 1999

_____

Before BOWMAN, Chief Judge, WOLLMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Carole Johnson appeals the judgment of the District Court,[1] which sustained the final decision of the Commissioner to deny Johnson's claim for disability insurance benefits and supplemental security income.

_____

[1]The Honorable Henry Woods, United States District Judge for the Eastern District of Arkansas, adopting the proposed findings and recommendations of the Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas.

Having carefully considered Johnson's appeal, we conclude that no error of law appears and that the Commissioner's decision that Johnson was not disabled within the meaning of the Social Security Act is supported by substantial evidence on the record as a whole.  Accordingly, the judgment of the District Court is affirmed.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.